1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3

Apr 11, 2023

SEAN F. MCAVOY, CLERK

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

CAMMY DAWN B.,

8

Plaintiff,

9

v.

10

COMMISSIONER OF SOCIAL
SECURITY,

11

Defendant.

12

NO:  1:22-CV-3138-RMP

ORDER GRANTING PARTIES'
STIPULATED MOTION TO
REMAND

13

14

    BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant

15

to sentence four of 42 U.S.C. § 405(g).  ECF No. 16.  Plaintiff Cammy Dawn B.[1] is

16

represented by attorney D. James Tree.  The Commissioner of Social Security is

17

represented by Special Assistant United States Attorney Thomas E. Chandler.

18

    After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated

19

Motion for Remand, **ECF No. 16**, is **GRANTED**.  Pursuant to the parties'

20

[1] The Court uses Plaintiff's first name and last initial to protect her privacy.

21

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

stipulation, the Commissioner's final decision is **reversed and remanded** under

sentence four of 42 U.S.C. §405(g).  *See* ECF No. 16 at 1–3.  On remand, the

Appeals Council will refer the case to an Administrative Law Judge ("ALJ") to:

- Reevaluate the medical opinion evidence;

- Reevaluate the residual functional capacity as necessary;

- If warranted, obtain supplemental vocational expert testimony to determine whether there are jobs that exist in significant numbers in the national economy that Plaintiff can perform with his residual functional capacity;

- The Appeals Council will remand the case to an ALJ, who will offer Plaintiff an opportunity for a hearing; and

- Issue a new decision on the issue of disability since September 16, 2019, the date Plaintiff's application was filed.

Upon proper presentation, this Court will consider Plaintiff's application for

costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this

Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close**

**the file**.

**DATED** April 11, 2023.          _____*s/ Rosanna Malouf Peterson*_____

ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2